Shawn Eric Shearer   Case No. 16-30427

Income as distributions from The Shearer Law Group, P.C.

December 2015   $5,000
January 2016    $4,500
                ──────
                $9,500

FILED
FEB 0 1 2016
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

[signature]   02/01/16