# STATEMENT

**EXHIBIT**

**A**

From

**Pronske Goolsby &
Kathman, P.C.**
901 Main Street, Suite 610
Dallas, Texas 75202

| | |
|---|---|
| Statement For | **Seidel, Scott** |

| | |
|---|---|
| Statement ID | **338** |
| Issue Date | 02/21/2017 |
| Due Date | 02/21/2017 (upon receipt) |

Subject     Seidel/Shearer - Statement for Services Rendered from 06/13/16 - 02/17/17

## Entry No.     * = Entry No. referenced in Debtor's Objection to Application

| Entry No. | Description | Quantity | Billable Rate | Amount |
|---|---|---|---|---|
| 1 | [1340.001] Seidel - Shawn Shearer - 06/16/2016 - B110 - Case Administration / Melanie Goolsby: Seidel exemption issue | 2.70 | $315.00 | $850.50 |
| * 2 | [1340.001] Seidel - Shawn Shearer - 06/17/2016 - B110 - Case Administration / Melanie Goolsby: Conference with G. Pronske and J. Kathman regarding Shearer turnover issue | 4.70 | $315.00 | $1,480.50 |
| * 3 | [1340.001] Seidel - Shawn Shearer - 06/20/2016 - B110 - Case Administration / Melanie Goolsby: Seidel - Shearer pleadings | 4.40 | $315.00 | $1,386.00 |
| * 4 | [1340.001] Seidel - Shawn Shearer - 06/21/2016 - B110 - Case Administration / Melanie Goolsby: Prepare application to employ as counsel for the Trustee | 1.70 | $315.00 | $535.50 |
| * 5 | [1340.001] Seidel - Shawn Shearer - 06/22/2016 - B110 - Case Administration / Melanie Goolsby: Instruction to L. Vargas for filing and service of Shearer pleadings | 0.20 | $315.00 | $63.00 |
| * 6 | [1340.001] Seidel - Shawn Shearer - 06/22/2016 - Billable / Luzmarina Vargas: File Application to Employ PGK, Motion for Turnover and Objection to Exemption (.4); calendar deadline to object to same (.1). | 0.50 | $120.00 | $60.00 |
| 7 | [1340.001] Seidel - Shawn Shearer - 06/24/2016 - Billable / Luzmarina Vargas: Email to S. Shearer forwarding Application to Employ PGK, Motion for Turnover and Objection to Exemptions. | 0.10 | $120.00 | $12.00 |
| 8 | [1340.001] Seidel - Shawn Shearer - 07/18/2016 - Billable / Melanie Goolsby: Email correspondence with S. Shearer and court personnel regarding time hearing estimates; attention to S. Shearer responses to pleadings. | 1.10 | $315.00 | $346.50 |
| 9 | [1340.001] Seidel - Shawn Shearer - 07/19/2016 - Billable / Luzmarina Vargas: Draft Notice of Hearing on Trustee's Motion to Turnover and Objection to Exemptions (.2); file and serve same (.1); calendar same (.1). | 0.40 | $120.00 | $48.00 |
| 10 | [1340.001] Seidel - Shawn Shearer - 07/19/2016 - Billable / Melanie Goolsby: Correspondence with court personnel concerning hearing setting; review and approve notice of hearing for filing and service. | 0.10 | $315.00 | $31.50 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 2 of 16

| | | | | |
|---|---|---|---|---|
| 11 | [1340.001] Seidel - Shawn Shearer - 07/29/2016 - Billable / Melanie Goolsby: Attention and response to court correspondence concerning application to employ. | 0.10 | $315.00 | $31.50 |
| 12 | [1340.001] Seidel - Shawn Shearer - 08/01/2016 - Billable / Melanie Goolsby: Analysis of Shearer objections to motions and factual issues | 0.10 | $315.00 | $31.50 |
| * 13 | [1340.001] Seidel - Shawn Shearer - 08/02/2016 - Billable / Melanie Goolsby | 1.00 | $315.00 | $315.00 |
| 14 | [1340.001] Seidel - Shawn Shearer - 08/04/2016 - Billable / Melanie Goolsby: Email correspondence with S. Shearer regarding deposition setting and instruction to L. Vargas regarding preparation of notice of same | 0.20 | $315.00 | $63.00 |
| 15 | [1340.001] Seidel - Shawn Shearer - 08/04/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Draft Notice of Deposition of Shawn Shearer. | 0.20 | $120.00 | $24.00 |
| 16 | [1340.001] Seidel - Shawn Shearer - 08/08/2016 - Billable / Melanie Goolsby: Review and approve notice of deposition | 0.10 | $315.00 | $31.50 |
| * 17 | [1340.001] Seidel - Shawn Shearer - 08/08/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Serve Notice of Deposition of Shawn Shearer (.1); schedule court reporter (.1); and calendar same (.1). | 0.30 | $120.00 | $36.00 |
| 18 | [1340.001] Seidel - Shawn Shearer - 08/09/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Draft Amended Notice of Deposition of Shawn Shearer (.1); and serve same (.1). | 0.20 | $120.00 | $24.00 |
| 19 | [1340.001] Seidel - Shawn Shearer - 08/16/2016 - B190 - Other Contested Matters / Melanie Goolsby: Prepare for deposition | 3.00 | $315.00 | $945.00 |
| 20 | [1340.001] Seidel - Shawn Shearer - 08/17/2016 - Billable / Melanie Goolsby: Prepare for and conduct deposition | 1.40 | $315.00 | $441.00 |
| * 21 | [1340.001] Seidel - Shawn Shearer - 08/18/2016 - Billable / Melanie Goolsby: Analysis and research of legal arguments and prepare briefing materials | 2.60 | $315.00 | $819.00 |
| 22 | [1340.001] Seidel - Shawn Shearer - 08/23/2016 - B160 - Fee Employment Applications / Melanie Goolsby: research and hearing prep | 1.30 | $315.00 | $409.50 |
| * 23 | [1340.001] Seidel - Shawn Shearer - 08/24/2016 - Billable / Melanie Goolsby: Prepare witness and exhibit list for hearing | 1.70 | $315.00 | $535.50 |
| * 24 | [1340.001] Seidel - Shawn Shearer - 08/25/2016 - Billable / Melanie Goolsby: Prepare for hearing | 2.90 | $315.00 | $913.50 |
| * 25 | [1340.001] Seidel - Shawn Shearer - 08/25/2016 - Billable / Jason Kathman: Meetings with M. Goolsby and G. Pronske regarding hearing on Motion to Turnover. | 1.50 | $305.00 | $457.50 |
| * 26 | [1340.001] Seidel - Shawn Shearer - 08/26/2016 - Billable / Melanie Goolsby: continuance phone conference | 4.10 | $315.00 | $1,291.50 |

Case 16-30427-hdh7 Doc 188 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 3 of 16

| | | | | |
|---|---|---|---|---|
| * 27 | [1340.001] Seidel - Shawn Shearer - 08/29/2016 - Billable / Melanie Goolsby: Prepare for and conduct hearing | 5.00 | $315.00 | $1,575.00 |
| * 28 | [1340.001] Seidel - Shawn Shearer - 08/29/2016 - B120- Asset Analysis and Recovery / Jason Kathman: Meetings with G. Pronske and M. Goolsby regarding turnover of contingency. | 1.80 | $305.00 | $549.00 |
| * 29 | [1340.001] Seidel - Shawn Shearer - 08/30/2016 - B130 - Asset Disposition / Luzmarina Vargas: Draft proposed Order Denying Trustee's Motion for Turnover of Property (.2). | 0.20 | $120.00 | $24.00 |
| * 30 | [1340.001] Seidel - Shawn Shearer - 08/30/2016 - Billable / Melanie Goolsby: Research issues related to adversary proceeding and prepare for meeting with S. Shearer; conference with G. Pronske and J. Kathman regarding same | 3.10 | $315.00 | $976.50 |
| * 31 | [1340.001] Seidel - Shawn Shearer - 08/30/2016 - Billable / Jason Kathman: Meeting with M. Goolsy and G. Pronske regarding strategy. | 0.80 | $305.00 | $244.00 |
| 32 | [1340.001] Seidel - Shawn Shearer - 08/31/2016 - Billable / Melanie Goolsby: Attention to email correspondence and conference with G. Pronske regarding Debtor responses to request for proof of funds and related matters; revisions to proposed order denying turnover motion and instruction to L. Vargas regarding filing same. | 0.60 | $315.00 | $189.00 |
| * 33 | [1340.001] Seidel - Shawn Shearer - 09/01/2016 - B130 - Asset Disposition / Luzmarina Vargas: Upload Order Denying Trustee's Motion for Turnover of Property. | 0.10 | $120.00 | $12.00 |
| * 34 | [1340.001] Seidel - Shawn Shearer - 09/02/2016 - B190 - Other Contested Matters / Melanie Goolsby: Prepare adversary complaint | 4.30 | $315.00 | $1,354.50 |
| 35 | [1340.001] Seidel - Shawn Shearer - 09/06/2016 - Billable / Melanie Goolsby: Attention to Debtor motion to determine estate interest in property and conference with G. Pronske regarding same; research procedure for temporary restraining order | 3.70 | $315.00 | $1,165.50 |
| * 36 | [1340.001] Seidel - Shawn Shearer - 09/06/2016 - B130 - Asset Disposition / Luzmarina Vargas: Calendar deadline to object to Debtor's Motion to Determine Estate's Interest in Certain Property. | 0.10 | $120.00 | $12.00 |
| * 37 | [1340.001] Seidel - Shawn Shearer - 09/06/2016 - B190 - Other Contested Matters / Jason Kathman: Brief meeting with M. Goolsby and G. Pronske regarding strategy and TRO. | 0.50 | $305.00 | $152.50 |
| * 38 | [1340.001] Seidel - Shawn Shearer - 09/07/2016 - Billable / Melanie Goolsby: Complete draft petition and route to S. Seidel and G. Pronske for review | 4.10 | $315.00 | $1,291.50 |
| 39 | [1340.001] Seidel - Shawn Shearer - 09/08/2016 - Billable / Melanie Goolsby: Complete revisions to draft complaint | 3.70 | $315.00 | $1,165.50 |
| * 40 | [1340.001] Seidel - Shawn Shearer - 09/09/2016 - Billable / Melanie Goolsby: Final revisions to draft complaint and route to S. Seidel for review and comment; prepare exhibits to same | 1.00 | $315.00 | $315.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 4 of 16

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| * 41 | [1340.001] Seidel - Shawn Shearer - 09/13/2016 - Billable / Melanie Goolsby: Attention to email correspondence concerning complaint and prepare supporting affidavits | 2.40 | $315.00 | $756.00 |
| * 42 | [1340.001] Seidel - Shawn Shearer - 09/14/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Prepare Adversary Complaint, Declaration and Cover Sheet for filing (.2); file same (.2); email to D. Harden regarding setting TRO Hearing (.1). | 0.50 | $120.00 | $60.00 |
| * 43 | [1340.001] Seidel - Shawn Shearer - 09/14/2016 - Billable / Melanie Goolsby | 0.10 | $315.00 | $31.50 |
| * 44 | [1340.001] Seidel - Shawn Shearer - 09/15/2016 - Billable / Melanie Goolsby: Instruction to L. Vargas regarding certificate of conference | 0.10 | $315.00 | $31.50 |
| 45 | [1340.001] Seidel - Shawn Shearer - 09/15/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Multiple emails with D. Harden regarding hearing on temporary restraining order. | 0.20 | $120.00 | $24.00 |
| * 46 | [1340.001] Seidel - Shawn Shearer - 09/16/2016 - Billable / Melanie Goolsby: Attention to response filed by Debtor to TRO application | 1.20 | $315.00 | $378.00 |
| * 47 | [1340.001] Seidel - Shawn Shearer - 09/16/2016 - B110 - Case Administration / Luzmarina Vargas: Calendar deadline to answer to complaint and deadlines per alternative scheduling order. | 0.20 | $120.00 | $24.00 |
| 48 | [1340.001] Seidel - Shawn Shearer - 09/19/2016 - Billable / Melanie Goolsby: Prepare for and attend TRO hearing | 3.40 | $315.00 | $1,071.00 |
| * 49 | [1340.001] Seidel - Shawn Shearer - 09/19/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Calendar deadline to Respond to Motion to Dismiss. | 0.10 | $120.00 | $12.00 |
| * 50 | [1340.001] Seidel - Shawn Shearer - 09/19/2016 - Billable / Jason Kathman: Meeting with G. Pronske and M. Goolsby regarding strategy. | 0.50 | $305.00 | $152.50 |
| * 51 | [1340.001] Seidel - Shawn Shearer - 09/21/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Request transcript of hearing on temporary restraining order. | 0.10 | $120.00 | $12.00 |
| 52 | [1340.001] Seidel - Shawn Shearer - 09/21/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Prepare certificate of service for summons and complaint. | 0.20 | $120.00 | $24.00 |
| 53 | [1340.001] Seidel - Shawn Shearer - 09/22/2016 - Billable / Melanie Goolsby: Revisions to draft stipulation; review and approve certificate of service of summons for filing and service; draft proposed notice of withdrawal of request for TRO and temporary injunction | 0.60 | $315.00 | $189.00 |
| 54 | [1340.001] Seidel - Shawn Shearer - 09/22/2016 - B110 - Case Administration / Gerrit Pronske: Draft of correspondence to S. Seidel regarding strategic recommendations | 0.40 | $550.00 | $220.00 |

Case 16-30427-hjh7 Doc 83-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 5 of 16

| | | | | |
|---|---|---|---|---|
| * 55 | [1340.001] Seidel - Shawn Shearer - 09/23/2016 - B190 - Other Contested Matters / Luzmarina Vargas: File certificate of service for summons and complaint. | 0.10 | $120.00 | $12.00 |
| 56 | [1340.001] Seidel - Shawn Shearer - 09/26/2016 - Billable / Melanie Goolsby: Prepare draft response to Debtor motion | 1.10 | $315.00 | $346.50 |
| * 57 | [1340.001] Seidel - Shawn Shearer - 09/27/2016 - Billable / Melanie Goolsby: Receipt of hearing transcript and revisions to notice of stipulation | 3.50 | $315.00 | $1,102.50 |
| 58 | [1340.001] Seidel - Shawn Shearer - 09/28/2016 - Billable / Melanie Goolsby: Prepare response to Debtor motion for filing and service; prepare proposed scheduling order | 3.50 | $315.00 | $1,102.50 |
| * 59 | [1340.001] Seidel - Shawn Shearer - 09/28/2016 - Billable / Luzmarina Vargas: File and serve Trustee's Response to Debtor's Motion to Determine Estate's Interest in Certain Property. | 0.20 | $120.00 | $24.00 |
| * 60 | [1340.001] Seidel - Shawn Shearer - 09/29/2016 - Billable / Melanie Goolsby: Email correspondence with S. Shearer regarding hearing setting on Debtor's motion to determine | 0.50 | $315.00 | $157.50 |
| * 61 | [1340.001] Seidel - Shawn Shearer - 10/03/2016 - Billable / Melanie Goolsby: Conference with G. Pronske regarding Debtor motion to determine estate interest and related procedural matters | 0.20 | $315.00 | $63.00 |
| 62 | [1340.001] Seidel - Shawn Shearer - 10/04/2016 - Billable / Gerrit Pronske: Preparation for hearing on Motion to Determine Estate's Interest | 0.50 | $550.00 | $275.00 |
| 63 | [1340.001] Seidel - Shawn Shearer - 10/04/2016 - Billable / Gerrit Pronske: Review and analysis of Answer to Complaint | 0.40 | $550.00 | $220.00 |
| * 64 | [1340.001] Seidel - Shawn Shearer - 10/04/2016 - Billable / Gerrit Pronske: Review and analysis of Motion to Dismiss Adversary | 0.40 | $550.00 | $220.00 |
| 65 | [1340.001] Seidel - Shawn Shearer - 10/04/2016 - Billable / Gerrit Pronske: Review correspondence from S. Shearer regarding various issues | 0.20 | $550.00 | $110.00 |
| * 66 | [1340.001] Seidel - Shawn Shearer - 10/05/2016 - Billable / Melanie Goolsby: Attention to email correspondence from S. Shearer regarding pleadings and instruction to L. Vargas regarding scheduling order; conference with G. Pronske and J. Kathman regarding case strategy and procedure | 1.90 | $315.00 | $598.50 |
| * 67 | [1340.001] Seidel - Shawn Shearer - 10/05/2016 - Billable / Jason Kathman: Meeting with G. Pronske and M. Goolsby related to strategy. | 1.00 | $305.00 | $305.00 |
| * 68 | [1340.001] Seidel - Shawn Shearer - 10/06/2016 - Billable / Melanie Goolsby: Conference with G. Pronske regarding Debtor motion to compel abandonment | 0.10 | $315.00 | $31.50 |
| * 69 | [1340.001] Seidel - Shawn Shearer - 10/06/2016 - B120- Asset Analysis and Recovery / Luzmarina Vargas: Calendar hearing on Motion to Determine Estate's Interest in Certain Property, deadline to respond to motion to compel abandonment and deadline to respond to Motion to Dismiss. | 0.10 | $120.00 | $12.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 6 of 16

| | | | | |
|---|---|---|---|---|
| 70 | [1340.001] Seidel - Shawn Shearer - 10/06/2016 - B110 - Case Administration / Luzmarina Vargas: Draft Scheduling Order. | 0.30 | $120.00 | $36.00 |
| * 71 | [1340.001] Seidel - Shawn Shearer - 10/10/2016 - Billable / Melanie Goolsby: Phone conference | 0.50 | $315.00 | $157.50 |
| * 72 | [1340.001] Seidel - Shawn Shearer - 10/12/2016 - Billable / Melanie Goolsby: Email correspondence to S. Shearer | 0.90 | $315.00 | $283.50 |
| 73 | [1340.001] Seidel - Shawn Shearer - 10/12/2016 - B110 - Case Administration / Gerrit Pronske: Review correspondence from M. Goolsby to S. Shearer regarding streamlining procedure; Review correspondence from S. Shearer regarding same` | 0.50 | $550.00 | $275.00 |
| 74 | [1340.001] Seidel - Shawn Shearer - 10/13/2016 - Billable / Melanie Goolsby: Attention to email correspondence from S. Shearer regarding case management issues | 0.20 | $315.00 | $63.00 |
| * 75 | [1340.001] Seidel - Shawn Shearer - 10/18/2016 - B190 - Other Contested Matters / Luzmarina Vargas: Calendar Hearing on Motion to Dismiss and Motion to Compel Abandonment. | 0.10 | $120.00 | $12.00 |
| 76 | [1340.001] Seidel - Shawn Shearer - 10/19/2016 - Billable / Melanie Goolsby: Analysis of procedural posture and prepare responsive documents | 1.20 | $315.00 | $378.00 |
| 77 | [1340.001] Seidel - Shawn Shearer - 10/21/2016 - Billable / Melanie Goolsby: Phone conference regarding case posture | 0.40 | $315.00 | $126.00 |
| * 78 | [1340.001] Seidel - Shawn Shearer - 10/21/2016 - B190 - Other Contested Matters / Gerrit Pronske: Review and analysis of emails and pleadings regarding post-petition fee and property of the estate; Draft of action plan; Conference with M. Goolsby regarding same; Draft of correspondence to S. Seidel and D. Bufkin regarding same; Telephone conference with S. Seidel, M. Goolsby and D. Bufkin regarding same | 1.20 | $550.00 | $660.00 |
| * 79 | [1340.001] Seidel - Shawn Shearer - 10/24/2016 - Billable / Melanie Goolsby: Prepare response to Rule 12 motion | 1.40 | $315.00 | $441.00 |
| * 80 | [1340.001] Seidel - Shawn Shearer - 10/25/2016 - Billable / Melanie Goolsby: Prepare organizational docs | 7.50 | $315.00 | $2,362.50 |
| 81 | [1340.001] Seidel - Shawn Shearer - 10/25/2016 - B110 - Case Administration / Gerrit Pronske: Work on Stipulation | 0.20 | $550.00 | $110.00 |
| * 82 | [1340.001] Seidel - Shawn Shearer - 10/26/2016 - B110 - Case Administration / Luzmarina Vargas: Draft Unanimous Consent of Shareholders of The Shearer Law Group, P.C. | 0.20 | $120.00 | $24.00 |
| * 83 | [1340.001] Seidel - Shawn Shearer - 10/26/2016 - Billable / Melanie Goolsby: Prepare objection to Motion to Compel Abandonment; review and approve unanimous consent of shareholders and route to S. Seidel and D. Bufkin for review | 2.10 | $315.00 | $661.50 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 7 of 16

| | | | | |
|---|---|---|---|---|
| * 84 | [1340.001] Seidel - Shawn Shearer - 10/26/2016 - B190 - Other Contested Matters / Luzmarina Vargas: File Trustee's Objection to Motion to Compel Abandonment (.1); serve same (.1). | 0.20 | $120.00 | $24.00 |
| * 85 | [1340.001] Seidel - Shawn Shearer - 10/31/2016 - Billable / Melanie Goolsby: Prepare supplement to response and W&E list for hearing on Debtor motion to determine | 2.30 | $315.00 | $724.50 |
| * 86 | [1340.001] Seidel - Shawn Shearer - 10/31/2016 - Billable / Luzmarina Vargas: File Supplemental Response to Debtor's Motion to Determine Estate's Interes in Certain Property and W&E List regarding same (.1); serve same (.1). | 0.20 | $120.00 | $24.00 |
| * 87 | [1340.001] Seidel - Shawn Shearer - 11/01/2016 - Billable / Melanie Goolsby: Attention to signed unanimous consent and email to G. Pronske regarding same; attention to Debtor respose and response to S. Seidel emails regarding same | 1.30 | $315.00 | $409.50 |
| * 88 | [1340.001] Seidel - Shawn Shearer - 11/01/2016 - B190 - Other Contested Matters / Jason Kathman: Meeting with G. Pronske and M. Goolsby regarding hearing on Motion to Determine Property of the Estate. | 0.50 | $305.00 | $152.50 |
| * 89 | [1340.001] Seidel - Shawn Shearer - 11/02/2016 - Billable / Melanie Goolsby: Hearing preparation and email correspondence with S. Shearer, S. Seidel, and D. Bufkin regarding hearing; conference with S. Seidel and G. Pronske regarding hearing preparation | 2.50 | $315.00 | $787.50 |
| * 90 | [1340.001] Seidel - Shawn Shearer - 11/02/2016 - Billable / Luzmarina Vargas: Prepare notebook for hearing on 11/03. | 0.10 | $120.00 | $12.00 |
| 91 | [1340.001] Seidel - Shawn Shearer - 11/03/2016 - Billable / Melanie Goolsby: Prepare for and attend hearing on Debtor's motion to determine and conference with S. Seidel and S. Shearer following conclusion of meeting; prepare proposed stipulation of facts for circulation to group | 3.30 | $315.00 | $1,039.50 |
| * 92 | [1340.001] Seidel - Shawn Shearer - 11/04/2016 - Billable / Melanie Goolsby: Prepare proposed board resolution declaring dividend | 0.40 | $315.00 | $126.00 |
| * 93 | [1340.001] Seidel - Shawn Shearer - 11/08/2016 - Billable / Melanie Goolsby: Prepare proposed stipulation for routing to S. Shearer; follow up email to D. Bufkin and S. Seidel regarding declaration of dividend | 0.30 | $315.00 | $94.50 |
| * 94 | [1340.001] Seidel - Shawn Shearer - 11/10/2016 - Billable / Melanie Goolsby: Email correspondence and phone conference with D. Bufkin regarding S. Shearer response to letter requesting financial information. | 0.60 | $315.00 | $189.00 |
| 95 | [1340.001] Seidel - Shawn Shearer - 11/14/2016 - Billable / Melanie Goolsby: Attention to comments to proposed stipulation and various pleadings. | 0.20 | $315.00 | $63.00 |
| 96 | [1340.001] Seidel - Shawn Shearer - 11/14/2016 - Billable / Gerrit Pronske: Review and analysis of Joinder of Shearer; Review correspondence from S. Shearer regarding same | 0.40 | $550.00 | $220.00 |
| * 97 | [1340.001] Seidel - Shawn Shearer - 11/15/2016 - B120- Asset Analysis and Recovery / Jason Kathman: Meeting with G. Pronske and M. Goolsby regarding strategy related to upcoming hearing and related adversary. | 1.00 | $305.00 | $305.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 8 of 16

| | | | | |
|---|---|---|---|---|
| * 98 | [1340.001] Seidel - Shawn Shearer - 11/15/2016 - Billable / Melanie Goolsby: Conference with G. Pronske and J. Kathman regarding potential Ch. 7 filing for The Shearer Law Firm and hearing preparation; complete review and comment to proposed factual stipulation and route to G. Pronske for review. | 1.50 | $315.00 | $472.50 |
| * 99 | [1340.001] Seidel - Shawn Shearer - 11/15/2016 - Billable / Gerrit Pronske: Review correspondence from S. Shearer regarding Disciplinary Rule issues; Research regrding same | 0.80 | $550.00 | $440.00 |
| * 100 | [1340.001] Seidel - Shawn Shearer - 11/16/2016 - Billable / Melanie Goolsby: Phone conference with D. Bufkin regarding potential conversion | 0.60 | $315.00 | $189.00 |
| * 101 | [1340.001] Seidel - Shawn Shearer - 11/16/2016 - Billable / Gerrit Pronske: Telephone conference with D. Bufkin regarding conversion of corporation to C corporation | 0.30 | $550.00 | $165.00 |
| * 102 | [1340.001] Seidel - Shawn Shearer - 11/17/2016 - Billable / Melanie Goolsby: Phone conference and email correspondence regarding hearing preparation and exhibits | 4.70 | $315.00 | $1,480.50 |
| * 103 | [1340.001] Seidel - Shawn Shearer - 11/17/2016 - B190 - Other Contested Matters / Luzmarina Vargas: File W&E List regarding hearing on Motion to Compel Abandonment and Motion to Dismiss (.1); serve same (.1). | 0.20 | $120.00 | $24.00 |
| * 104 | [1340.001] Seidel - Shawn Shearer - 11/17/2016 - Billable / Gerrit Pronske: Telephone conference with S. Seidel, D. Bufkin and M. Goolsby regarding various issue | 0.30 | $550.00 | $165.00 |
| * 105 | [1340.001] Seidel - Shawn Shearer - 11/17/2016 - Billable / Gerrit Pronske: Draft of correspondence to D. Bufkin and S. Seidel regarding various issues | 0.40 | $550.00 | $220.00 |
| * 106 | [1340.001] Seidel - Shawn Shearer - 11/17/2016 - Billable / Gerrit Pronske: Review correspondence from S. Shearer regarding various issues | 0.40 | $550.00 | $220.00 |
| * 107 | [1340.001] Seidel - Shawn Shearer - 11/18/2016 - Billable / Melanie Goolsby: Review S. Shearer's comments to proposed stipulation | 1.40 | $315.00 | $441.00 |
| * 108 | [1340.001] Seidel - Shawn Shearer - 11/18/2016 - B190 - Other Contested Matters / Luzmarina Vargas: File Joint Stipulation of Facts. | 0.20 | $120.00 | $24.00 |
| * 109 | [1340.001] Seidel - Shawn Shearer - 11/18/2016 - B110 - Case Administration / Luzmarina Vargas: Prepare notebooks for hearing on 11/22. | 0.10 | $120.00 | $12.00 |
| * 110 | [1340.001] Seidel - Shawn Shearer - 11/21/2016 - Billable / Melanie Goolsby: Hearing prep | 1.50 | $315.00 | $472.50 |
| * 111 | [1340.001] Seidel - Shawn Shearer - 11/21/2016 - B190 - Other Contested Matters / Gerrit Pronske: Preparation for hearings on Motion to Dismiss Adversary and Motion to Compel Abandonment (2.5) | 2.50 | $550.00 | $1,375.00 |
| * 112 | [1340.001] Seidel - Shawn Shearer - 11/22/2016 - Billable / Melanie Goolsby: Prepare for and attend hearing on Debtor motion to dismiss adversary proceeding and motion to compel abandonment and conference with G. Pronske and S. Seidel regarding same. | 4.40 | $315.00 | $1,386.00 |

Case 16-80427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 9 of 16

| | | | | |
|---|---|---|---|---|
| * 113 | [1340.001] Seidel - Shawn Shearer - 11/22/2016 - B190 - Other Contested Matters / Gerrit Pronske: Continued preparation for hearing on motions; Attendance at hearing on Motions to Dismiss and to Compel Abandonment | 3.00 | $550.00 | $1,650.00 |
| * 114 | [1340.001] Seidel - Shawn Shearer - 11/28/2016 - Billable / Luzmarina Vargas: Calendar Status Conference. | 0.10 | $120.00 | $12.00 |
| 115 | [1340.001] Seidel - Shawn Shearer - 11/28/2016 - Billable / Gerrit Pronske: Review and analysis of Answer to Complaint of PC | 0.30 | $550.00 | $165.00 |
| 116 | [1340.001] Seidel - Shawn Shearer - 11/29/2016 - B110 - Case Administration / Melanie Goolsby: Attention to Firm answer to Complaint | 0.70 | $315.00 | $220.50 |
| * 117 | [1340.001] Seidel - Shawn Shearer - 12/08/2016 - B260 - Board of Directors Matters / Wesley Meyer: Draft Unanimous Conset Letter | 0.40 | $210.00 | $84.00 |
| * 118 | [1340.001] Seidel - Shawn Shearer - 12/08/2016 - B260 - Board of Directors Matters / Wesley Meyer: Email M. Goolsby Unanimous Consent Letter | 0.10 | $210.00 | $21.00 |
| * 119 | [1340.001] Seidel - Shawn Shearer - 12/14/2016 - Billable / Melanie Goolsby: Attention to draft unanimous consent of shareholders and email to G. Pronske regarding same | 0.40 | $315.00 | $126.00 |
| 120 | [1340.001] Seidel - Shawn Shearer - 12/15/2016 - Billable / Melanie Goolsby: Review and approve proposed settlement correspondence in advance of Shearer Firm bankruptcy petition | 0.20 | $315.00 | $63.00 |
| 121 | [1340.001] Seidel - Shawn Shearer - 12/15/2016 - B110 - Case Administration / Gerrit Pronske: Draft of correspondence to S. Shearer regarding settlement | 0.50 | $550.00 | $275.00 |
| * 122 | [1340.001] Seidel - Shawn Shearer - 12/16/2016 - B110 - Case Administration / Luzmarina Vargas: Draft Chapter 7 Petition for The Shearer Law Group (.2); draft creditor matrix (.2); file petition and creditor matrix (.3). | 0.70 | $120.00 | $84.00 |
| * 123 | [1340.001] Seidel - Shawn Shearer - 12/16/2016 - Billable / Melanie Goolsby: Attention to email correspondence from S. Shearer regarding settlement proposal; instruction to L. Vargas regarding preparation of bankruptcy petition and related materials; phone conference with G. Pronske regarding same. | 1.10 | $315.00 | $346.50 |
| * 124 | [1340.001] Seidel - Shawn Shearer - 12/19/2016 - B110 - Case Administration / Luzmarina Vargas: Calendar meeting of creditors and deadline to file Schedules and SOFA. | 0.10 | $120.00 | $12.00 |
| 125 | [1340.001] Seidel - Shawn Shearer - 12/20/2016 - B190 - Other Contested Matters / Jason Kathman: Status conference hearing. | 0.50 | $305.00 | $152.50 |
| * 126 | [1340.001] Seidel - Shawn Shearer - 12/28/2016 - Billable / Melanie Goolsby: Email correspondence to S. Shearer regarding The Shearer Law Group schedules and SOFA | 1.10 | $315.00 | $346.50 |
| * 127 | [1340.001] Seidel - Shawn Shearer - 12/28/2016 - B110 - Case Administration / Wesley Meyer: Draft Motion to Extend Time to File and Inter Dist. Transfer Motions and Proposed Orders | 4.30 | $210.00 | $903.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 10 of 16

| | | | | |
|---|---|---|---|---|
| * 128 | [1340.001] Seidel - Shawn Shearer - 12/29/2016 - B110 - Case Administration / Wesley Meyer: Draft Motion to Extend Time to File and Inter Dist. Transfer Motions and Proposed Orders | 3.00 | $210.00 | $630.00 |
| * 129 | [1340.001] Seidel - Shawn Shearer - 12/29/2016 - Billable / Melanie Goolsby: Email correspondence to R. Yaquinto regarding Shearer Law Group scedules | 2.30 | $315.00 | $724.50 |
| * 130 | [1340.001] Seidel - Shawn Shearer - 12/29/2016 - B110 - Case Administration / Wesley Meyer: Emailed M. Goolsby regarding Motion and Orders to Extend Timeline to File Schedules and SofA, and Inter-District Transfer | 0.10 | $210.00 | $21.00 |
| * 131 | [1340.001] Seidel - Shawn Shearer - 12/30/2016 - Billable / Melanie Goolsby: motion to extend & motion for interdistrict transfer | 1.80 | $315.00 | $567.00 |
| * 132 | [1340.001] Seidel - Shawn Shearer - 12/30/2016 - Billable / Luzmarina Vargas: Revise Motion for Intra-District Transfer (.1); file Motion to Extend Time to File Schedules and Motion for Intra-District Transfer (.3); serve same (.1). | 0.50 | $120.00 | $60.00 |
| * 133 | [1340.001] Seidel - Shawn Shearer - 01/03/2017 - Billable / Melanie Goolsby: Conference regarding depo prep and account issue | 0.60 | $315.00 | $189.00 |
| * 134 | [1340.001] Seidel - Shawn Shearer - 01/03/2017 - Billable / Luzmarina Vargas: Calendar Deposition of Shawn Shearer and request court reporter. | 0.20 | $120.00 | $24.00 |
| 135 | [1340.001] Seidel - Shawn Shearer - 01/04/2017 - Billable / Melanie Goolsby: Phone conference with S. Seidel regarding preparation for deposition and related matters; prepare for deposition. | 1.90 | $315.00 | $598.50 |
| 136 | [1340.001] Seidel - Shawn Shearer - 01/04/2017 - Billable / Gerrit Pronske: Telephone conference with S. Seidel to prepare for deposition | 0.40 | $550.00 | $220.00 |
| 137 | [1340.001] Seidel - Shawn Shearer - 01/04/2017 - Billable / Gerrit Pronske: Preparation for Deposition of S. Shearer | 3.00 | $550.00 | $1,650.00 |
| * 138 | [1340.001] Seidel - Shawn Shearer - 01/05/2017 - Billable / Melanie Goolsby | 3.40 | $315.00 | $1,071.00 |
| 139 | [1340.001] Seidel - Shawn Shearer - 01/05/2017 - Billable / Gerrit Pronske: Preparation for Deposition of S. Shearer; Attendance at Depositions of S. Shearer and S. Seidel, and settlement conference with S. Shearer | 4.50 | $550.00 | $2,475.00 |
| 140 | [1340.001] Seidel - Shawn Shearer - 01/10/2017 - Billable / Melanie Goolsby: Prepare settlement agreement | 0.90 | $315.00 | $283.50 |
| 141 | [1340.001] Seidel - Shawn Shearer - 01/13/2017 - Billable / Melanie Goolsby: settlement agreement | 1.00 | $315.00 | $315.00 |
| * 142 | [1340.001] Seidel - Shawn Shearer - 01/13/2017 - Billable / Gerrit Pronske: Review and analysis of Motion to Dismiss filed by S. Shearer | 0.30 | $550.00 | $165.00 |
| 143 | [1340.001] Seidel - Shawn Shearer - 01/16/2017 - Billable / Melanie Goolsby: Continue work on draft settlement agreement | 2.20 | $315.00 | $693.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 11 of 16

| | | | | |
|---|---|---|---|---|
| 144 | [1340.001] Seidel - Shawn Shearer - 01/16/2017 - Billable / Gerrit Pronske: Review and analysis of Settlement Agreement and documents; Revisions to same; Conference with M. Goolsby regarding same | 1.70 | $550.00 | $935.00 |
| * 145 | [1340.001] Seidel - Shawn Shearer - 01/18/2017 - B110 - Case Administration / Luzmarina Vargas: Calendar deadline to respond to Motion to Dismiss. | 0.10 | $120.00 | $12.00 |
| * 146 | [1340.001] Seidel - Shawn Shearer - 01/23/2017 - B185 - Assumptions/Rejection of Leases and Contracts / Melanie Goolsby: Instruction to W. Meyer regarding 9019 motion | 0.40 | $315.00 | $126.00 |
| *147 | [1340.001] Seidel - Shawn Shearer - 01/23/2017 - Billable / Wesley Meyer: Conference with M. Goolsby regarding settlement agreement; 9019 motion; and Agreed Dismissal of Adversary Proceeding | 0.30 | $210.00 | $63.00 |
| 148 | [1340.001] Seidel - Shawn Shearer - 01/24/2017 - Billable / Wesley Meyer: Research (.8) and Draft 9019 Motion to for Settlement Approval (2.0) | 2.80 | $210.00 | $588.00 |
| * 149 | [1340.001] Seidel - Shawn Shearer - 01/24/2017 - Billable / Melanie Goolsby: Instruction to W. Meyer regarding preparation of 9019 and dismissal pleadings; route draft settlement agreement for parties' review | 0.30 | $315.00 | $94.50 |
| 150 | [1340.001] Seidel - Shawn Shearer - 01/25/2017 - Billable / Wesley Meyer: Draft and Edit Agreed 9019 Motion for Compromise and Settlement | 1.90 | $210.00 | $399.00 |
| 151 | [1340.001] Seidel - Shawn Shearer - 01/25/2017 - Billable / Melanie Goolsby: Review and approve draft 9019 pleadings for routing to parties | 1.40 | $315.00 | $441.00 |
| 152 | [1340.001] Seidel - Shawn Shearer - 01/26/2017 - Billable / Melanie Goolsby: Email correspondence with court deputy regarding adversary proceeding status and follow up to S. Shearer regarding comments to settlement agreement; draft and prepare motion for emergency status conference in adversary proceeding. | 2.00 | $315.00 | $630.00 |
| * 153 | [1340.001] Seidel - Shawn Shearer - 01/26/2017 - B110 - Case Administration / Luzmarina Vargas: File Motion for Emergency Status Conference (.2); serve same (.1); email to clerk enclosing same (.1). | 0.40 | $120.00 | $48.00 |
| *154 | [1340.001] Seidel - Shawn Shearer - 01/26/2017 - B190 - Other Contested Matters / Jason Kathman: Meetings with G. Pronske and M. Goolsby regarding strategy and status conference related to settlement and upcoming docket call. | 0.60 | $305.00 | $183.00 |
| 155 | [1340.001] Seidel - Shawn Shearer - 01/26/2017 - Billable / Gerrit Pronske: Draft of correspondence to S. Shearer regarding settlement situation; Review correspondence from S. Shearer regarding same | 0.50 | $550.00 | $275.00 |
| 156 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - Billable / Melanie Goolsby: Attention to email correspondence from court personnel regarding emergency status conference request; prepare trial W&E list for filing and service | 0.80 | $315.00 | $252.00 |
| * 157 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - B110 - Case Administration / Luzmarina Vargas: File Witness and Exhibit List (.1); serve same (.1); draft notice of status conference (.1); file and serve notice (.1); calendar same (.1). | 0.50 | $120.00 | $60.00 |

| | | | | |
|---|---|---|---|---|
| * 158 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - B190 - Other Contested Matters / Jason Kathman: Brief meeting with G. Pronske and M. Goolsby regarding pre-trial pleadings. | 0.20 | $305.00 | $61.00 |
| 159 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - Billable / Gerrit Pronske: Review correspondence from M. Goolsby to S. Shearer regarding settlement; Review correspondence from S. Shearer regarding same | 0.50 | $550.00 | $275.00 |
| 160 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - Billable / Gerrit Pronske: Review and analysis of Response opposed to Motion for Expedited Hearing on Status Conference | 0.30 | $550.00 | $165.00 |
| 161 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - Billable / Gerrit Pronske: Review and analysis of Witness & Exhibit List; Conference with M. Goolsby regarding same | 0.50 | $550.00 | $275.00 |
| 162 | [1340.001] Seidel - Shawn Shearer - 01/27/2017 - Billable / Gerrit Pronske: Draft of correspondence to S. Shearer regarding settlement; Review correspondence from S. Shearer regarding same; Draft of correspondence to S. Shearer regarding same; Review and analysis of lengthy correspondence from S. Shearer regarding same | 1.00 | $550.00 | $550.00 |
| * 163 | [1340.001] Seidel - Shawn Shearer - 01/30/2017 - Billable / Melanie Goolsby: Prepare emergency motion to enforce settlement agreement | 5.00 | $315.00 | $1,575.00 |
| * 164 | [1340.001] Seidel - Shawn Shearer - 01/30/2017 - B110 - Case Administration / Luzmarina Vargas: Calendar deadline to file Report of Trustee and hearing on Shearer's Motion to Dismiss. | 0.10 | $120.00 | $12.00 |
| 165 | [1340.001] Seidel - Shawn Shearer - 01/30/2017 - B190 - Other Contested Matters / Jason Kathman: Meeting regarding tax consequences of settlement. | 1.00 | $305.00 | $305.00 |
| * 166 | [1340.001] Seidel - Shawn Shearer - 01/30/2017 - Billable / Gerrit Pronske: Preparation for status conference hearing; Numerous conferences with M. Goolsby and J. Kathman regarding same; Correspondence back and forth with S. Shearer regarding same; Work on Motion to Enforce Settlement | 4.00 | $550.00 | $2,200.00 |
| 167 | [1340.001] Seidel - Shawn Shearer - 01/31/2017 - Billable / Melanie Goolsby: Prepare for status conference | 4.50 | $315.00 | $1,417.50 |
| 168 | [1340.001] Seidel - Shawn Shearer - 01/31/2017 - Billable / Gerrit Pronske: Review and analysis of Motion to Disqualify; Preparation for hearing on Emergency Status Conference; Attendance at hearing regarding same | 5.70 | $550.00 | $3,135.00 |
| 169 | [1340.001] Seidel - Shawn Shearer - 02/01/2017 - Billable / Melanie Goolsby: Attention to revisions to settlement agreement | 2.20 | $315.00 | $693.00 |
| 170 | [1340.001] Seidel - Shawn Shearer - 02/02/2017 - Billable / Melanie Goolsby: Attention to email correspondence regarding settlement documents and pleadings and conference with G. Pronske regarding same | 0.90 | $315.00 | $283.50 |
| * 171 | [1340.001] Seidel - Shawn Shearer - 02/03/2017 - Billable / Luzmarina Vargas: Prepare 9019 Motion and Motion for expedited hearing for filing (.1); file same (.3); serve same (.1). | 0.50 | $120.00 | $60.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 13 of 16

| | | | |
|---|---|---|---|
| **172** | [1340.001] Seidel - Shawn Shearer - 02/03/2017 - Billable / Melanie Goolsby: Phone conference with G. Pronske regarding final approval of settlement agreement and instruction to L. Vargas regarding filing same | 0.50 | $315.00 | **$157.50** |
| * **173** | [1340.001] Seidel - Shawn Shearer - 02/06/2017 - B190 - Other Contested Matters / Luzmarina Vargas: Draft Notice of Hearing on Joint Motion to Approve Compromise and Settlement Agreement (.1); file same (.1); serve same (.1); calendar hearing (.1). | 0.40 | $120.00 | **$48.00** |
| **174** | [1340.001] Seidel - Shawn Shearer - 02/06/2017 - Billable / Melanie Goolsby: Attention to court correspondence granting motion to expedite and instruction to L. Vargas for notice of hearing | 0.20 | $315.00 | **$63.00** |
| **175** | [1340.001] Seidel - Shawn Shearer - 02/15/2017 - Billable / Melanie Goolsby: Prepare W&E list for hearing on motion to approve 9019 motion and email correspondence with S. Shearer regarding proposed exhibits | 0.40 | $315.00 | **$126.00** |
| **176** | [1340.001] Seidel - Shawn Shearer - 02/15/2017 - Billable / Luzmarina Vargas: Prepare exhibits for hearing on Motion to Approve Compromise (.1); file and serve W&E List on same (.2); email to D. Harden enclosing exhibits (.1) | 0.40 | $120.00 | **$48.00** |
| * **177** | [1340.001] Seidel - Shawn Shearer - 06/13/2016 - Copies / Luzmarina Vargas | 1.00 | $7.80 | **$7.80** |
| **178** | [1340.001] Seidel - Shawn Shearer - 06/16/2016 - PACER / Luzmarina Vargas | 1.00 | $13.90 | **$13.90** |
| * **179** | [1340.001] Seidel - Shawn Shearer - 06/16/2016 - Westlaw / Luzmarina Vargas | 1.00 | $105.00 | **$105.00** |
| **180** | [1340.001] Seidel - Shawn Shearer - 06/17/2016 - PACER / Luzmarina Vargas | 1.00 | $1.50 | **$1.50** |
| * **181** | [1340.001] Seidel - Shawn Shearer - 06/17/2016 - Westlaw / Luzmarina Vargas | 1.00 | $60.00 | **$60.00** |
| * **182** | [1340.001] Seidel - Shawn Shearer - 06/20/2016 - Westlaw / Luzmarina Vargas | 1.00 | $60.00 | **$60.00** |
| **183** | [1340.001] Seidel - Shawn Shearer - 06/22/2016 - Postage / Luzmarina Vargas | 1.00 | $2.46 | **$2.46** |
| * **184** | [1340.001] Seidel - Shawn Shearer - 07/18/2016 - Westlaw / Luzmarina Vargas | 1.00 | $96.00 | **$96.00** |
| * **185** | [1340.001] Seidel - Shawn Shearer - 08/08/2016 - Copies / Luzmarina Vargas | 1.00 | $0.40 | **$0.40** |
| **186** | [1340.001] Seidel - Shawn Shearer - 08/08/2016 - Postage / Luzmarina Vargas | 1.00 | $0.47 | **$0.47** |
| * **187** | [1340.001] Seidel - Shawn Shearer - 08/09/2016 - Copies / Luzmarina Vargas | 1.00 | $0.40 | **$0.40** |
| **188** | [1340.001] Seidel - Shawn Shearer - 08/09/2016 - Postage / Luzmarina Vargas | 1.00 | $0.47 | **$0.47** |
| **189** | [1340.001] Seidel - Shawn Shearer - 08/17/2016 - Other / Luzmarina Vargas: Secretary of State Research | 1.00 | $1.03 | **$1.03** |
| **190** | [1340.001] Seidel - Shawn Shearer - 08/17/2016 - Other / Luzmarina Vargas: Transcript of Deposition of S. Shearer | 1.00 | $379.09 | **$379.09** |
| * **191** | [1340.001] Seidel - Shawn Shearer - 08/24/2016 - Westlaw / Luzmarina Vargas | 1.00 | $204.00 | **$204.00** |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 14 of 16

| | | | | |
|---|---|---|---|---|
| * 192 | [1340.001] Seidel - Shawn Shearer - 08/25/2016 - Copies / Luzmarina Vargas: Copies and Binders. | 1.00 | $99.48 | $99.48 |
| * 193 | [1340.001] Seidel - Shawn Shearer - 08/25/2016 - Westlaw / Luzmarina Vargas | 1.00 | $72.00 | $72.00 |
| * 194 | [1340.001] Seidel - Shawn Shearer - 08/29/2016 - Westlaw / Luzmarina Vargas | 1.00 | $168.00 | $168.00 |
| * 195 | [1340.001] Seidel - Shawn Shearer - 08/30/2016 - Westlaw / Luzmarina Vargas | 1.00 | $408.00 | $408.00 |
| 196 | [1340.001] Seidel - Shawn Shearer - 09/02/2016 - Other / Luzmarina Vargas: Secretary of State Research | 1.00 | $1.03 | $1.03 |
| * 197 | [1340.001] Seidel - Shawn Shearer - 09/06/2016 - Westlaw / Luzmarina Vargas | 1.00 | $606.00 | $606.00 |
| 198 | [1340.001] Seidel - Shawn Shearer - 09/07/2016 - Other / Luzmarina Vargas: Transcript of August 29, 2016 Hearing | 1.00 | $187.55 | $187.55 |
| 199 | [1340.001] Seidel - Shawn Shearer - 09/14/2016 - Other / Luzmarina Vargas: Filing Fee - Complaint and Application for Temporary Restraining Order | 1.00 | $350.00 | $350.00 |
| * 200 | [1340.001] Seidel - Shawn Shearer - 09/14/2016 - Copies / Luzmarina Vargas | 1.00 | $34.40 | $34.40 |
| 201 | [1340.001] Seidel - Shawn Shearer - 09/15/2016 - Postage / Luzmarina Vargas | 1.00 | $11.50 | $11.50 |
| * 202 | [1340.001] Seidel - Shawn Shearer - 09/19/2016 - Copies / Luzmarina Vargas | 1.00 | $64.00 | $64.00 |
| * 203 | [1340.001] Seidel - Shawn Shearer - 09/19/2016 - Westlaw / Luzmarina Vargas | 1.00 | $278.00 | $278.00 |
| 204 | [1340.001] Seidel - Shawn Shearer - 09/26/2016 - Other / Luzmarina Vargas: Transcript of Hearing on Temporary Restraining Order. | 1.00 | $266.75 | $266.75 |
| * 205 | [1340.001] Seidel - Shawn Shearer - 09/27/2016 - Westlaw / Luzmarina Vargas | 1.00 | $108.00 | $108.00 |
| 206 | [1340.001] Seidel - Shawn Shearer - 10/01/2016 - PACER / Luzmarina Vargas: 07/01/16 - 09/30/16 | 1.00 | $20.90 | $20.90 |
| 207 | [1340.001] Seidel - Shawn Shearer - 10/24/2016 - PACER / Luzmarina Vargas | 1.00 | $0.70 | $0.70 |
| * 208 | [1340.001] Seidel - Shawn Shearer - 10/25/2016 - Westlaw / Luzmarina Vargas | 1.00 | $294.00 | $294.00 |
| 209 | [1340.001] Seidel - Shawn Shearer - 10/25/2016 - PACER / Luzmarina Vargas | 1.00 | $1.70 | $1.70 |
| * 210 | [1340.001] Seidel - Shawn Shearer - 10/26/2016 - Westlaw / Luzmarina Vargas | 1.00 | $108.00 | $108.00 |
| 211 | [1340.001] Seidel - Shawn Shearer - 10/31/2016 - PACER / Luzmarina Vargas | 1.00 | $1.90 | $1.90 |
| * 212 | [1340.001] Seidel - Shawn Shearer - 11/02/2016 - Copies / Luzmarina Vargas: Copies and Binders | 1.00 | $179.00 | $179.00 |
| * 213 | [1340.001] Seidel - Shawn Shearer - 11/02/2016 - Westlaw / Luzmarina Vargas | 1.00 | $114.00 | $114.00 |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 15 of 16

| | | | |
|---|---|---|---|
| * **214** [1340.001] Seidel - Shawn Shearer - 11/02/2016 - Copies / Luzmarina Vargas | 1.00 | $19.00 | **$19.00** |
| **215** [1340.001] Seidel - Shawn Shearer - 11/17/2016 - Other / Luzmarina Vargas: Conference Call | 1.00 | $2.94 | **$2.94** |
| **216** [1340.001] Seidel - Shawn Shearer - 11/17/2016 - PACER / Luzmarina Vargas | 1.00 | $0.50 | **$0.50** |
| * **217** [1340.001] Seidel - Shawn Shearer - 11/21/2016 - Copies / Luzmarina Vargas: Copies and Binders | 1.00 | $224.55 | **$224.55** |
| **218** [1340.001] Seidel - Shawn Shearer - 11/21/2016 - PACER / Luzmarina Vargas | 1.00 | $5.30 | **$5.30** |
| **219** [1340.001] Seidel - Shawn Shearer - 11/22/2016 - PACER / Luzmarina Vargas | 1.00 | $1.70 | **$1.70** |
| * **220** [1340.001] Seidel - Shawn Shearer - 11/29/2016 - Other / Luzmarina Vargas: Filing of Corporate Conversion documents | 1.00 | $320.94 | **$320.94** |
| **221** [1340.001] Seidel - Shawn Shearer - 11/29/2016 - Postage / Luzmarina Vargas | 1.00 | $0.47 | **$0.47** |
| **222** [1340.001] Seidel - Shawn Shearer - 12/16/2016 - Other / Luzmarina Vargas: Secretary of State Research | 1.00 | $2.05 | **$2.05** |
| * **223** [1340.001] Seidel - Shawn Shearer - 12/16/2016 - Other / Luzmarina Vargas: Chapter 7 Filing Fee - The Shearer Law Group | 1.00 | $335.00 | **$335.00** |
| **224** [1340.001] Seidel - Shawn Shearer - 12/16/2016 - PACER / Luzmarina Vargas | 1.00 | $1.60 | **$1.60** |
| **225** [1340.001] Seidel - Shawn Shearer - 12/28/2016 - PACER / Luzmarina Vargas | 1.00 | $1.70 | **$1.70** |
| **226** [1340.001] Seidel - Shawn Shearer - 12/29/2016 - PACER / Luzmarina Vargas | 1.00 | $6.40 | **$6.40** |
| * **227** [1340.001] Seidel - Shawn Shearer - 12/30/2016 - Copies & Mailout / Luzmarina Vargas | 1.00 | $50.47 | **$50.47** |
| **228** [1340.001] Seidel - Shawn Shearer - 12/30/2016 - PACER / Luzmarina Vargas | 1.00 | $0.10 | **$0.10** |
| **229** [1340.001] Seidel - Shawn Shearer - 01/03/2017 - PACER / Luzmarina Vargas | 1.00 | $0.30 | **$0.30** |
| * **230** [1340.001] Seidel - Shawn Shearer - 01/04/2017 - Copies / Luzmarina Vargas | 1.00 | $66.60 | **$66.60** |
| **231** [1340.001] Seidel - Shawn Shearer - 01/04/2017 - PACER / Luzmarina Vargas | 1.00 | $3.30 | **$3.30** |
| **232** [1340.001] Seidel - Shawn Shearer - 01/05/2017 - Other / Luzmarina Vargas: Transcript of Deposition of Shawn Shearer | 1.00 | $474.58 | **$474.58** |
| * **233** [1340.001] Seidel - Shawn Shearer - 01/24/2017 - Westlaw / Luzmarina Vargas | 1.00 | $170.00 | **$170.00** |
| **234** [1340.001] Seidel - Shawn Shearer - 01/26/2017 - PACER / Luzmarina Vargas | 1.00 | $0.70 | **$0.70** |
| **235** [1340.001] Seidel - Shawn Shearer - 01/30/2017 - PACER / Luzmarina Vargas | 1.00 | $0.70 | **$0.70** |

Case 16-30427-bjh7 Doc 88-1 Filed 03/15/17 Entered 03/15/17 18:07:20 Page 16 of 16

| | | | | |
|---|---|---|---|---|
| * 236 | [1340.001] Seidel - Shawn Shearer - 01/31/2017 - Copies / Luzmarina Vargas | 1.00 | $65.00 | $65.00 |
| * 237 | [1340.001] Seidel - Shawn Shearer - 01/31/2017 - Westlaw / Luzmarina Vargas | 1.00 | $280.00 | $280.00 |
| 238 | [1340.001] Seidel - Shawn Shearer - 01/31/2017 - PACER / Luzmarina Vargas | 1.00 | $3.00 | $3.00 |
| 239 | [1340.001] Seidel - Shawn Shearer - 02/01/2017 - PACER / Luzmarina Vargas | 1.00 | $1.70 | $1.70 |
| * 240 | [1340.001] Seidel - Shawn Shearer - 02/03/2017 - Copies & Mailout / Luzmarina Vargas | 1.00 | $69.63 | $69.63 |
| 241 | [1340.001] Seidel - Shawn Shearer - 02/03/2017 - PACER / Luzmarina Vargas | 1.00 | $0.20 | $0.20 |
| 242 | [1340.001] Seidel - Shawn Shearer - 02/06/2017 - Postage / Luzmarina Vargas | 1.00 | $8.46 | $8.46 |
| * 243 | [1340.001] Seidel - Shawn Shearer - 02/16/2017 - Copies / Luzmarina Vargas | 1.00 | $15.40 | $15.40 |
| *244 | [1340.001] Seidel - Shawn Shearer - 02/17/2017 - Copies / Luzmarina Vargas | 1.00 | $30.80 | $30.80 |

**Amount Due**     **$80,795.52**