**EXHIBIT**

B

**Payment Form**

**(Revised 06/16)**

| | |
|---|---|
| | Date of Receipt (for office use). |

Please select requested processing:

[✓] **Expedited Handling** (not available for Authentication Services or Trademark Applications)
   ($25 per corporate document/$10 for copies/ $15 for UCC)

[ ] **Regular Handling**

## SUBMITTER INFORMATION:

Company/Firm or
Individual Name:   The Bufkin Law Firm - Richard Bufkin

Street:   6688 N. Central Expwy., Suite 1050

City/State/Zip:   Dallas TX 75206-3914

Phone:  (972) 808-9791      Fax: (972) 808-9795

Email:   dick@bufkinlaw.com; sherry@bufkinlaw.com

## DOCUMENT FILING INFORMATION:

Name listed on document:   The Shearer Law Group, P.C.

File # (if applicable):   801824864

Type of Document:   Certificate of Conversion

Number of Pages:   4

### INSTRUCTIONS:

**Mark the appropriate handling request.**
*If expedited include an email address.*
**Submitter Information:** Completely fill out information
of the person/company submitting the documents.
**Document Filing Information:** Completely fill out
information regarding the document that is being
submitted.
**Payment Information:** Check the box with your method
of payment. Include the necessary information. For
Mastercard, Visa, and Discover, the Security Code is
the last three digits in the signature area on the back of
your card. For American Express, it is the four digits on
the front of the card. *Fees paid by credit card are
subject to a statutorily authorized convenience fee of
2.7% of the total fees incurred.*
**Return To:** Include a return address to which the
documents should be returned. If same as submitter,
check the box.

## PAYMENT INFORMATION:

[ ] Visa  [✓] Mastercard  [ ] Discover  [ ] American Express

Card #: ■■■ ■■■ ■ 8617

Exp (MM/YY): ■■■      Security Code: ■■

Name on Card:   Richard L. Bufkin

Billing Address:  6688 N. Central Expwy., Suite 1050

City/State:   Dallas TX

Zip Code:   75206-3914

Signature: _(signature)_

[ ] **Check/Money Order Enclosed** (no electronic check)

[ ] **Client Account**
Account #: _____
Name on Account: _____

[ ] **LegalEase**
Account #:  500679 - _____ - _____
Client Reference #: _____

## RETURN TO:        [✓] Same as submitter

Name: _____
Street: _____
City/State/Zip: _____
Phone: _____  Fax: _____
Email: _____